1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ARTURO ESTRADA,                    )   NO. EDCV 09-02079 DDP (SS)
                                         )
12                   Plaintiff,          )
                                         )   **ORDER ADOPTING FINDINGS,**
13            v.                         )
                                         )   **CONCLUSIONS AND RECOMMENDATIONS**
14   MIGUEL MUNOZ, et al.                )
                                         )   **OF UNITED STATES MAGISTRATE JUDGE**
15                                       )
                     Defendants.         )
16   _____)

17

18

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the

20   records and files herein, and the Magistrate Judge's Report and

21   Recommendation.  The time for filing Objections to the Report and

22   Recommendation has passed and no Objections have been received.

23   Accordingly, the Court accepts and adopts the findings, conclusions and

     recommendations of the Magistrate Judge.
24
     \\
25
     \\
26
     \\
27
     \\
28
     \\

1      Accordingly, IT IS ORDERED THAT:

2

3      1.    Judgment   shall   be   entered   dismissing   this   action   with

4            prejudice.

5

6      2.    The Clerk shall serve copies of this Order and the Judgment

7            herein by United States mail on Plaintiff at his address of

8            record.

9

10   DATED: July 21, 2010

11

12                                   _____

13                                   DEAN D. PREGERSON
                                     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2