1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ARTURO ESTRADA,               )   NO. EDCV 09-02079 DDP (SS)
                                  )
12                Plaintiff,      )   **ORDER ADOPTING FINDINGS,**
                                  )
13        v.                      )   **CONCLUSIONS, AND RECOMMENDATIONS OF**
                                  )
14  MIGUEL MUNOZ, et al.,         )   **UNITED STATES MAGISTRATE JUDGE**
                                  )
15                Defendants.     )
    ──────────────────────────────)

16

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second

19  Amended Complaint, all the records and files herein, and the Report and

20  Recommendation of the United States Magistrate Judge.   The time for

21  filing Objections to the Report and Recommendation has passed and no

22  Objections have been received.   Accordingly, the Court accepts and

23  adopts the findings, conclusions and recommendations of the Magistrate

24  Judge.

25  ///

26  ///

27  ///

28  ///

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 16, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE