**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ARTURO ESTRADA, | ) | NO. EDCV 09-02079 DDP (SS) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| MIGUEL MUNOZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 16, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE